| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **The Winery at Elk Manor, LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-2288634** |
| 4. | Debtor's address | **Principal place of business**<br><br>**88 Rivers Edge Road**<br>**North East, MD 21901**<br>Number, Street, City, State & ZIP Code<br><br>**Cecil**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

Debtor **The Winery at Elk Manor, LLC**　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
　See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____　　When _____　　Case number _____
District _____　　When _____　　Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____　　　　　　　　　　　　　　　Relationship _____
District _____　　When _____　　Case number, if known _____

Debtor **The Winery at Elk Manor, LLC**      Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **The Winery at Elk Manor, LLC**   Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 20, 2016**
              MM / DD / YYYY

X **/s/ Gretchen J. Tusha**                              **Gretchen J. Tusha**
  Signature of authorized representative of debtor        Printed name

Title  **Managing Member**

**18. Signature of attorney**

X **/s/ Aryeh E. Stein**                                 Date  **October 20, 2016**
  Signature of attorney for debtor                              MM / DD / YYYY

**Aryeh E. Stein**
Printed name

**Meridian Law, LLC**
Firm name

**600 Reisterstown Road**
**Suite 700**
**Baltimore, MD 21208**
Number, Street, City, State & ZIP Code

Contact phone  **443-326-6011**     Email address  **astein@meridianlawfirm.com**

_____
Bar number and State

## CERTIFICATE OF RESOLUTIONS
## OF THE SOLE MEMBER OF
## THE WINERY AT ELK MANOR, LLC

I, Gretchen J. Tusha, the undersigned Managing Member of The Winery at Elk Manor, LLC ("Elk Manor"), hereby certifies that on or before October 19, 2016, the following resolutions were adopted by Elk Manor and recorded in the minute book of Elk Manor, and that they have not been amended, modified or rescinded and, accordingly, are in full force and effect.

RESOLVED, that in the judgment of Elk Manor, it is desirable and in the best interests of Elk Manor, its creditors and other interested parties that a petition be filed by Elk Manor seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and it is

RESOLVED FURTHER, that each of the members of Elk Manor hereby are authorized and empowered on behalf of, and in the name of, Elk Manor acting singly or jointly, to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maryland at such time as said member executing the same shall determine; and it is;

RESOLVED FURTHER, that each of the members of Elk Manor hereby are authorized and empowered on behalf of, and in the name of, Elk Manor, to execute and file all petitions, schedules, lists, and other papers and to take any and all action that any of the members may deem necessary and proper in connection with Elk Manor's Chapter 11 case; and it is

RESOLVED FURTHER, that the law firm of Meridian Law, LLC be employed as attorneys for Elk Manor in Elk Manor's Chapter 11 case under a general retainer; and it is

RESOLVED FURTHER, that each of the members of Elk Manor hereby are authorized and empowered on behalf of, and in the name of, Elk Manor, to retain and employ other attorneys, investment bankers, accountants, consultants and other professionals to assist in Elk Manor's Chapter 11 case on such terms as such member deems necessary, proper and desirable; and it is

RESOLVED FURTHER, that each of the members of Elk Manor and any employees or agents, including counsel, designated by or directed by such member, be and each hereby is authorized and empowered to cause Elk Manor to enter into, execute, deliver, certify, file, record and perform such Chapter 11 petition, and to take such other actions, as in the judgment of such member shall be or become necessary, proper and desirable to successfully complete Elk Manor's Chapter 11 case, to effectuate the restructuring of Elk Manor's debt, other obligations, organizational form and structure,

and ownership of Elk Manor consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto evidenced by the taking of such actions.

Dated:  October 19, 2016

                                              The Winery at Elk Manor, LLC

                                 BY:    /s/ Gretchen J. Tusha
                                                    Gretchen J. Tusha
                                                    Managing Member

Fill in this information to identify the case:

Debtor name: **The Winery at Elk Manor, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BB&T<br>PO Box 580050<br>Charlotte, NC 28258 | | 88 Rivers Edge Road<br>North East, MD 21901 | | $4,953,462.15 | Unknown | Unknown |
| Brick Packaging<br>PO Box 6715<br>Traverse City, MI 49696 | | trade | | | | $3,927.00 |
| CB Structures, Inc.<br>202 Orlan Road<br>New Holland, PA 17557 | | trade | | | | $23,275.00 |
| Continua<br>4142 Ogletown Staton Rd<br>Suite 213<br>Newark, DE 19713 | | trade | | | | $1,035.00 |
| Course Connect Golf<br>4736 Snapjack Circle<br>Naperville, IL 60564 | | trade | | | | $450.00 |
| Ermitage<br>1285 So. Foothill Blvd<br>Cloverdale, CA 95425 | | trade | | | | $833.00 |
| Gattapardo USA<br>4132 Cowell Blvd<br>Davis, CA 95618 | | trade | | | | $21,750.00 |
| Hoopes Fire Prevention, Inc.<br>PO Box 7839<br>Newark, DE 19714 | | trade | | | | $520.00 |

Official form 204           Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims           page 1

Debtor **The Winery at Elk Manor, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Laura Kemp<br>c/o: Thomas Kemp, Esquire<br>141 E MAIN ST<br>Elkton, MD 21921 | | | | | | $7,974.00 |
| Little Britain Ag Supply, Inc.<br>398 N. Little Britain Road<br>Quarryville, PA 17566 | | trade | | | | $2,856.00 |
| Meridian Management Group, Inc.<br>c/o: James Peterson, Esquire<br>111 S. Calvert Street<br>Suite 1400<br>Baltimore, MD 21202 | | trade | | | | $491,030.91 |
| Platinum Sprinkler, LLC<br>PO Box 555<br>Fallston, MD 21047 | | trade | | | | $19,233.00 |
| Poulet NA Inc<br>c/o:  Ward Coe, Esq.<br>218 North Charles Street<br>Suite 400<br>Baltimore, MD 21201 | | trade | **Contingent<br>Unliquidated<br>Disputed** | | | $215,000.00 |
| Vinquip<br>PO Box 4347<br>DURBANVILLE,<br>South Africa 7551 | | trade | | | | $19,303.00 |
| William Penn Corporation<br>1021 1/2 Saville Ave.<br>Crum Lynne, PA 19022 | | trade | | | | $10,000.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2

```
Atlus Global Trade Solutions
PO Box 1389
Kenner, LA 70064


BB&T
PO Box 580050
Charlotte, NC 28258


Brick Packaging
PO Box 6715
Traverse City, MI 49696


CB Structures, Inc.
202 Orlan Road
New Holland, PA 17557


Continua
4142 Ogletown Staton Rd
Suite 213
Newark, DE 19713


Course Connect Golf
4736 Snapjack Circle
Naperville, IL 60564


Ermitage
1285 So. Foothill Blvd
Cloverdale, CA 95425


Gattapardo USA
4132 Cowell Blvd
Davis, CA 95618


George Schneider
c/o: Wanda Brown, Esq.
117 EAST MAIN ST
Elkton, MD 21921
```

```
Hoopes Fire Prevention, Inc.
PO Box 7839
Newark, DE 19714



Laura Kemp
c/o: Thomas Kemp, Esquire
141 E MAIN ST
Elkton, MD 21921



Little Britain Ag Supply, Inc.
398 N. Little Britain Road
Quarryville, PA 17566



Louis Ebert, Esquire
25 South Charles Street
21st Floor
Baltimore, MD 21201



Meridian Management Group, Inc.
c/o: James Peterson, Esquire
111 S. Calvert Street
Suite 1400
Baltimore, MD 21202



Platinum Sprinkler, LLC
PO Box 555
Fallston, MD 21047



Poulet NA Inc
c/o:  Ward Coe, Esq.
218 North Charles Street
Suite 400
Baltimore, MD 21201



Vinquip
PO Box 4347
DURBANVILLE, South Africa 7551
```

```
William Penn Corporation
1021 1/2 Saville Ave.
Crum Lynne, PA 19022
```

Case 16-23963    Doc 1    Filed 10/20/16    Page 11 of 12

# United States Bankruptcy Court
## District of Maryland

In re    **The Winery at Elk Manor, LLC**          Case No.
                            Debtor(s)          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **The Winery at Elk Manor, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 20, 2016**                         **/s/ Aryeh E. Stein**
Date                                         **Aryeh E. Stein**
                                           Signature of Attorney or Litigant
                                           Counsel for    **The Winery at Elk Manor, LLC**
                                           **Meridian Law, LLC**
                                           **600 Reisterstown Road**
                                           **Suite 700**
                                           **Baltimore, MD 21208**
                                           **443-326-6011 Fax:410-653-9061**
                                           **astein@meridianlawfirm.com**