**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THE WINERY AT ELK MANOR, LLC | § | Case No. 16-23963-DER |
| | § | |
| | § | Chapter 7 |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 0 of the United States Bankruptcy Code was filed on 10/20/2016. The case was converted to one under Chapter 7 on 04/19/2017. The undersigned trustee was appointed on 04/19/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                        $30,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $45.82 |
    | Bank service fees | $521.82 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $29,432.36 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/14/2017 and the deadline for filing government claims was 10/16/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,750.00, for a total compensation of $3,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: _____     By:  */s/ Joseph J. Bellinger*
                                                    Joseph J. Bellinger, Trustee (08394)

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1     Exhibit A

| Case No.: | 16-23963-DER | Trustee Name: | Joseph J. Bellinger |
|---|---|---|---|
| Case Name: | THE WINERY AT ELK MANOR, LLC | Date Filed (f) or Converted (c): | 04/19/2017 (c) |
| For the Period Ending: | 8/26/2019 | §341(a) Meeting Date: | 05/16/2017 |
| | | Claims Bar Date: | 08/14/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  88 Rivers Edge Road North East, MD 21901 Fee simple Unknown | Unknown | $0.00 | | $30,000.00 | FA |
| **Asset Notes:** Debtor's sole purpose was to own real property. An affiliated entity, Elk Manor Operations, LLC, operated a wedding and events business that were held at this location. Order authorizing sale of real property entered on July 6, 2017. D.E. 84. | | | | | |

**TOTALS (Excluding unknown value)**                                                $0.00          $0.00          $30,000.00     **Gross Value of Remaining Assets**
                                                                                                                                $0.00

**Major Activities affecting case closing:**

08/30/2017   Real Property sold. Estate received payment of $30,000 on August 30, 2017 per the Sale Order entered on July 6, 2017. Dckt. No. 84.

             Investigate possible avoidance actions of estate; possible involuntary proceeding against the operating entity; repayment of "loans" to insiders.
05/02/2017   Case converted from Chapter 11 by an Order entered on April 19, 2017. D.E. 55.
             Debtor owns real property at 88 Rivers Edge Road in Northeast MD. An affiliate Elk Manor Operations, LLC operates a wedding and events business from the location. Operations has ceased operating but is not in bankruptcy.

Initial Projected Date Of Final Report (TFR):   06/29/2018     Current Projected Date Of Final Report (TFR):   06/29/2018    /s/ JOSEPH J. BELLINGER
                                                                                                                              JOSEPH J. BELLINGER

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1     Exhibit B

| Case No. | 16-23963-DER | Trustee Name: | Joseph J. Bellinger |
|---|---|---|---|
| Case Name: | THE WINERY AT ELK MANOR, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8634 | Checking Acct #: | ******3963 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/20/2016 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 8/26/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/30/2017 | (1) | Scarlett & Croll, P.A. | Estate payment from the sale of real property at 88 Rivers Edge Road, Northeast MD. Order granting Motion to Sell entered at DKT #84. Purchaser is Blue Elk Properties, LLC. | 1110-000 | $30,000.00 | | $30,000.00 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.43 | $29,998.57 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $43.12 | $29,955.45 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.50 | $29,910.95 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $43.00 | $29,867.95 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.37 | $29,823.58 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.30 | $29,779.28 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $39.95 | $29,739.33 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.18 | $29,695.15 |
| 04/03/2018 | 101 | Insurance Partners Agency | Bond Payment | 2300-000 | | $18.77 | $29,676.38 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $42.68 | $29,633.70 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.02 | $29,589.68 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $42.53 | $29,547.15 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $43.89 | $29,503.26 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $7.07 | $29,496.19 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($7.07) | $29,503.26 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $516.30 | $28,986.96 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($516.30) | $29,503.26 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $43.85 | $29,459.41 |
| 05/14/2019 | 102 | Insurance Partners Agency | Bond Payment | 2300-000 | | $27.05 | $29,432.36 |

SUBTOTALS     $30,000.00     $567.64

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2                    Exhibit B

| Case No. | 16-23963-DER | Trustee Name: | Joseph J. Bellinger |
| --- | --- | --- | --- |
| Case Name: | THE WINERY AT ELK MANOR, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8634 | Checking Acct #: | ******3963 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/20/2016 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 8/26/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $30,000.00 | $567.64 | $29,432.36 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $30,000.00 | $567.64 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $30,000.00 | $567.64 | |

| For the period of 10/20/2016 to 8/26/2019 | | For the entire history of the account between 08/30/2017 to 8/26/2019 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $30,000.00 | Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipt | $0.00 | Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $30,000.00 | Total Comp/Non Comp Receipts | $30,000.00 |
| Total Internal/Transfer Receipts | $0.00 | Total Internal/Transfer Receipts | $0.00 |
| | | | |
| Total Compensable Disbursements: | $567.64 | Total Compensable Disbursements: | $567.64 |
| Total Non-Compensable Disbursement | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $567.64 | Total Comp/Non Comp Disbursements | $567.64 |
| Total Internal/Transfer Disbursements | $0.00 | Total Internal/Transfer Disbursements | $0.00 |

**FORM 2**

Page No: 3     Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-23963-DER | Trustee Name: | Joseph J. Bellinger |
|---|---|---|---|
| Case Name: | THE WINERY AT ELK MANOR, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8634 | Checking Acct #: | ******3963 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/20/2016 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 8/26/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $30,000.00 | $567.64 | $29,432.36 |

**For the period of 10/20/2016 to 8/26/2019**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $30,000.00 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $567.64 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $567.64 |
| Total Internal/Transfer Disbursements | $0.00 |

**For the entire history of the case between 04/19/2017 to 8/26/2019**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $30,000.00 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $567.64 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $567.64 |
| Total Internal/Transfer Disbursements | $0.00 |

/s/ JOSEPH J. BELLINGER

JOSEPH J. BELLINGER

## CLAIM ANALYSIS REPORT

| Case No.: | 16-23963-DER | | Trustee Name: | Joseph J. Bellinger |
|---|---|---|---|---|
| Case Name: | THE WINERY AT ELK MANOR, LLC | | Date: | 8/26/2019 |
| Claims Bar Date: | 08/14/2017 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 88 RIVERS EDGE ROAD, LLC<br>1401 Hollingsworth Rd.<br>Joppa MD 21085 | 02/02/2017 | Real Estate - Consensual Liens | Allowed | 4110-000 | $0.00 | $5,055,007.60 | $5,055,007.60 | $0.00 | $0.00 | $0.00 | $5,055,007.60 |
| **Claim Notes:** | (6-1) money loaned | | | | | | | | | | | |
| 4 | 8904 SADDLE LANE<br>c/o Robert W. Lannan<br>Lannan Legal PLLC<br>1717 K Street, N.W., Suite 900<br>Washington MD 20006 | 12/12/2016 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $215,193.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Trustee's Objection to POC No. 4 Sustained by an Order entered on July 16, 2019. Doc. No. 95. | | | | | | | | | | | |
| 10P | CAROLINE YOUNG PRICE<br>322 Sugarland Run Drice<br>Sterling VA 20164 | 06/27/2017 | Deposits - 507(a)(6) | Allowed | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 | $0.00 | $0.00 | $2,850.00 |
| **Claim Notes:** | Total claim of $24,385.75 of which $2,850 is a priority claim for customer deposit and balance of claim $21,535.75 is a general unsecured claim. | | | | | | | | | | | |
| 10U | CAROLINE YOUNG PRICE<br>322 Sugarland Run Drice<br>Sterling VA 20164 | 06/27/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $21,535.75 | $21,535.75 | $0.00 | $0.00 | $0.00 | $21,535.75 |
| **Claim Notes:** | Total claim of $24,385.75 of which $2,850 is a priority claim for customer deposit and balance of claim $21,535.75 is a general unsecured claim. | | | | | | | | | | | |
| 11P | CONSTANCE J. JOYCE<br>40 Kenmore Lane<br>Media PA 19063 | 07/31/2017 | Deposits - 507(a)(6) | Allowed | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 | $0.00 | $0.00 | $2,850.00 |
| **Claim Notes:** | Total claim of $26,128.20 of which $2,850 is a priority claim for customer deposit and balance of claim $23,278.20 is a general unsecured claim. | | | | | | | | | | | |
| 11U | CONSTANCE J. JOYCE<br>40 Kenmore Lane<br>Media PA 19063 | 07/31/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $23,278.20 | $23,278.20 | $0.00 | $0.00 | $0.00 | $23,278.20 |
| **Claim Notes:** | Total claim of $26,128.20 of which $2,850 is a priority claim for customer deposit and balance of claim $23,278.20 is a general unsecured claim. | | | | | | | | | | | |

| Case No.: | 16-23963-DER | | | | | | | Trustee Name: | | Joseph J. Bellinger | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | THE WINERY AT ELK MANOR, LLC | | | | | | | Date: | | 8/26/2019 | |
| Claims Bar Date: | 08/14/2017 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14U | CONSUMER PROT. DIV. MARYLAND OFFICE OF ATTORNEY GENERAL Consumer Protection Div. Attn: Christopher J. Madaio, Esq. Baltimore MD 21202 | 10/16/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $86,751.37 | $86,751.37 | $0.00 | $0.00 | $0.00 | $86,751.37 |

**Claim Notes:** Total Claim No. 14 is $112,701.37 of which $25,950 is a priority claim for customer deposits pursuant to section 507(a)(7) (POC 14P). The remaining claim of $86,751.37 is a general unsecured claim. Government claims bar date 10/16/2017.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14P | CONSUMER PROTECTION DIV. - MD OFC. ATY. GEN. 200 St. Paul Street Baltimore MD 21202 | 10/16/2017 | Deposits - 507(a)(6) | Allowed | 5600-000 | $0.00 | $25,950.00 | $25,950.00 | $0.00 | $0.00 | $0.00 | $25,950.00 |

**Claim Notes:** Total claim filed is $112,701.37 of which $25,950 is filed as a priority claim for deposits section 507(a)(7). The CPD has standing to assert this claim in this case. In re Longo, 144 B.R. 305 (Bankr. D. Md. 1992) (J. Derby), applying the doctrine of parens patriae as addressed by the Fourth Circuit in In re Edmond, 934 F.2d 1304 (4th Cir. 1991), a case involving bankruptcy and Maryland law. In Edmond, the court examined the issue of whether the Maryland Consumer Protection Division ("Division") could assert parens patriae standing in a non-dischargeability action. In Edmond, products ordered and paid for by consumers were not received. Refunds that had been promised by the debtor were never made. The standing alleged by the Division to bring an action for damages was predicated on Maryland's Consumer Protection Act. Md. Com. Law Code Ann. §§ 13-101 - 13-501 (1989). The Edmond court concluded that "the Act gave the Consumer Protection Division parens patriae standing to proceed against Edmond in bankruptcy court. The Division acted, not as a class representative, but on behalf of the state's quasi-sovereign interest in insuring consumer protection and in securing its borders against violations." In re Edmond, 934 F.2d at 1313. The Consumer Protection Act § 13-403(b)(1) empowered the Division to pursue an order "requiring the violator to cease and desist from the violation and to take affirmative action including the restitution of money or property."

POC refers to estimated claims - Trustee communicated with AOG and was advised as follows: "The priority claim is made on behalf of 10 Marylanders. Seven of them had a claim for a deposit toward the purchase, lease, or rental of property or services for personal, family, or household use in excess of $2,850, so I capped the priority claim at that amount. Three others had a claim only for $2,000. That is how I arrived at the total of $25,950."

Government claims bar date 10/16/2017.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15U | DELAWARE DEPT. OF JUSTICE Consumer Prot. Div. Attn: Michael Clarke, Esq. 820 N. French St. 5th FLoor Wilmington DE 19801 | 10/16/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $13,242.50 | $13,242.50 | $0.00 | $0.00 | $0.00 | $13,242.50 |

**Claim Notes:** Claim 15 is for $18,942.50 of which $5,700 is a priority claim for customer deposits under section 507(a)(7) (POC 15P) and remainder is general unsecured claim.

| Case No.: | 16-23963-DER | | | | | | | Trustee Name: | Joseph J. Bellinger |
| Case Name: | THE WINERY AT ELK MANOR, LLC | | | | | | | Date: | 8/26/2019 |
| Claims Bar Date: | 08/14/2017 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15P | DELAWARE DEPT. OF JUSTICE ATTN: M. CLARKE  820 N. French St.  5th Floor  Wilmington DE 19081 | 10/16/2017 | Deposits - 507(a)(6) | Allowed | 5600-000 | $0.00 | $5,700.00 | $5,700.00 | $0.00 | $0.00 | $0.00 | $5,700.00 |

**Claim Notes:** Total POC 15 is $18,492.50 of which $5700 is claimed as priority customer deposits under section 507(a)(7). Del. DOJ has standing to assert this claim against the estate. In re Longo, 144 B.R. 305 (Bankr. D. Md. 1992) (J. Derby), applying the doctrine of parens patriae as addressed by the Fourth Circuit in In re Edmond, 934 F.2d 1304 (4th Cir. 1991), a case involving bankruptcy and Maryland law. In Edmond, the court examined the issue of whether the Maryland Consumer Protection Division ("Division") could assert parens patriae standing in a non-dischargeability action. In Edmond, products ordered and paid for by consumers were not received. Refunds that had been promised by the debtor were never made. The standing alleged by the Division to bring an action for damages was predicated on Maryland's Consumer Protection Act. Md. Com. Law Code Ann. §§ 13-101 - 13-501 (1989). The Edmond court concluded that "the Act gave the Consumer Protection Division parens patriae standing to proceed against Edmond in bankruptcy court. The Division acted, not as a class representative, but on behalf of the state's quasi-sovereign interest in insuring consumer protection and in securing its borders against violations." In re Edmond, 934 F.2d at 1313. The Consumer Protection Act § 13-403(b)(1) empowered the Division to pursue an order "requiring the violator to cease and desist from the violation and to take affirmative action including the restitution of money or property."

Remainder of claim is a general unsecured claim (POC 15U). Government claims bar date was 10/16/2017.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | INTERNAL REVENUE SERVICE  Centralized Insolvency Section  PO Box 21126 (DP-N-781)  Philadelphia PA 19114 | 12/01/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $300.00 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 |

**Claim Notes:** General unsecured claim for estimated taxes years ended 12/31/2014, 2015, and 2016.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9P | JANE K HUBER-HELLEN  1317 Vale Drive  West Chester PA 19382 | 06/21/2017 | Deposits - 507(a)(6) | Allowed | 5600-000 | $0.00 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $2,000.00 |

**Claim Notes:** Customer deposit

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JOSEPH J. BELLINGER  300 E. Lombard Street, Suite 2010  Baltimore MD 21202 | 05/29/2019 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,750.00 | $3,750.00 | $0.00 | $0.00 | $0.00 | $3,750.00 |

CLAIM ANALYSIS REPORT

Page No: 4    Exhibit C

| Case No.: | 16-23963-DER | | | Trustee Name: | Joseph J. Bellinger |
|---|---|---|---|---|---|
| Case Name: | THE WINERY AT ELK MANOR, LLC | | | Date: | 8/26/2019 |
| Claims Bar Date: | 08/14/2017 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LAURA KEMP  c/o: Thomas Kemp, Esquire  141 E MAIN ST  Elkton MD 21921 | 11/14/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,974.00 | $7,974.00 | $0.00 | $0.00 | $0.00 | $7,974.00 |
| **Claim Notes:** | Judgment entered in Md District Court in favor of claimant. | | | | | | | | | | | |
| 8 | LITTLE BRITAIN AG SUPPLY, INC.  398 N. Little Britain Road  Quarryville PA 17566 | 04/27/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,941.36 | $2,941.36 | $0.00 | $0.00 | $0.00 | $2,941.36 |
| **Claim Notes:** | (8-1) Goods sold. | | | | | | | | | | | |
| 2 | MD ACQUISITION, LLC  200-A Monroe St  Suite 110  Rockville MD 20850 | 11/29/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $519.69 | $519.69 | $0.00 | $0.00 | $0.00 | $519.69 |
| **Claim Notes:** | Hoopes Fire Prevention assigned its claim to claimant. | | | | | | | | | | | |
| 7 | MERIDIAN MANAGEMENT GROUP, INC.  826 E. Baltimore Street  Baltimore MD 21202 | 02/08/2017 | Real Estate - Consensual Liens | Allowed | 4110-000 | $0.00 | $496,408.43 | $496,408.43 | $0.00 | $0.00 | $0.00 | $496,408.43 |
| | OFFIT KURMAN P. A.  c/o Joseph J. Bellinger, Esquire  300 East Lombard Street, Suite 2010  Baltimore 21202 | 05/29/2019 | Attorney for Trustee Fees (Trustee | Allowed | 3110-000 | $0.00 | $8,500.00 | $8,500.00 | $0.00 | $0.00 | $0.00 | $8,500.00 |
| 5 | POULET N.A., INC.  c/o Robert W. Lannan  Lannan Legal PLLC  1717 K Street, N.W., Suite 900  Washington DC 20006 | 12/12/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $215,193.61 | $215,193.61 | $0.00 | $0.00 | $0.00 | $215,193.61 |

**CLAIM ANALYSIS REPORT**

Page No: 5    Exhibit C

| Case No.: | 16-23963-DER | | | Trustee Name: | Joseph J. Bellinger |
|---|---|---|---|---|---|
| Case Name: | THE WINERY AT ELK MANOR, LLC | | | Date: | 8/26/2019 |
| Claims Bar Date: | 08/14/2017 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | RAPID CAPITAL FINANCE, LLC  2330 West Joppa Road, Suite 300  Lutherville MD 21093 | 08/01/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $196,596.00 | $196,596.00 | $0.00 | $0.00 | $0.00 | $196,596.00 |
| **Claim Notes:** | Judgement entered in the Circuit Court for Harford County. | | | | | | | | | | | |
| 13P | UNITED STATES TRUSTEE (ADMINISTRATIVE)  101 WEST LOMBARD STREET, #2625  BALTIMORE MD 21201 | 08/17/2017 | U. S. Trustee Quarterly Fees | Allowed | 2950-000 | $0.00 | $975.00 | $975.00 | $0.00 | $0.00 | $0.00 | $975.00 |
| | | | | | | $6,387,517.12 | $6,172,323.51 | $0.00 | $0.00 | $0.00 | | $6,172,323.51 |

| Case No. | 16-23963-DER | Trustee Name: | Joseph J. Bellinger |
| Case Name: | THE WINERY AT ELK MANOR, LLC | Date: | 8/26/2019 |
| Claims Bar Date: | 08/14/2017 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee | $8,500.00 | $8,500.00 | $0.00 | $0.00 | $0.00 | $8,500.00 |
| Deposits - 507(a)(6) | $39,350.00 | $39,350.00 | $0.00 | $0.00 | $0.00 | $39,350.00 |
| General Unsecured 726(a)(2) | $783,526.09 | $568,332.48 | $0.00 | $0.00 | $0.00 | $568,332.48 |
| Real Estate - Consensual Liens | $5,551,416.03 | $5,551,416.03 | $0.00 | $0.00 | $0.00 | $5,551,416.03 |
| Trustee Compensation | $3,750.00 | $3,750.00 | $0.00 | $0.00 | $0.00 | $3,750.00 |
| U. S. Trustee Quarterly Fees | $975.00 | $975.00 | $0.00 | $0.00 | $0.00 | $975.00 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 16-23963
Case Name: THE WINERY AT ELK MANOR, LLC
Trustee Name: Joseph J. Bellinger

|  | Balance on hand: | $29,432.36 |
|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 6 | 88 Rivers Edge Road, LLC | $5,055,007.60 | $5,055,007.60 | $0.00 | $0.00 |
| 7 | Meridian Management Group, Inc. | $496,408.43 | $496,408.43 | $0.00 | $0.00 |

|  | Total to be paid to secured creditors: | $0.00 |
|---|---|---|
|  | Remaining balance: | $29,432.36 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Joseph J. Bellinger, Trustee Fees | $3,750.00 | $0.00 | $3,750.00 |
| Offit Kurman P. A., Attorney for Trustee Fees | $8,500.00 | $0.00 | $8,500.00 |
| UNITED STATES TRUSTEE, U.S. Trustee Quarterly Fees | $975.00 | $0.00 | $975.00 |

|  | Total to be paid for chapter 7 administrative expenses: | $13,225.00 |
|---|---|---|
|  | Remaining balance: | $16,207.36 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $16,207.36 |

UST Form 101-7-TFR (5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $39,350.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P | Jane K Huber-Hellen | $2,000.00 | $0.00 | $823.75 |
| 10P | Caroline Young Price | $2,850.00 | $0.00 | $1,173.85 |
| 11P | Constance J. Joyce | $2,850.00 | $0.00 | $1,173.85 |
| 14P | Consumer Protection Div. - MD Ofc. Aty. Gen. | $25,950.00 | $0.00 | $10,688.21 |
| 15P | Delaware Dept. of Justice Attn: M. Clarke | $5,700.00 | $0.00 | $2,347.70 |

|  |  |
|---|---|
| Total to be paid to priority claims: | $16,207.36 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $568,332.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Laura Kemp | $7,974.00 | $0.00 | $0.00 |
| 2 | MD Acquisition, LLC | $519.69 | $0.00 | $0.00 |
| 3 | Internal Revenue Service | $300.00 | $0.00 | $0.00 |
| 5 | Poulet N.A., Inc. | $215,193.61 | $0.00 | $0.00 |
| 8 | Little Britain Ag Supply, Inc. | $2,941.36 | $0.00 | $0.00 |
| 10U | Caroline Young Price | $21,535.75 | $0.00 | $0.00 |
| 11U | Constance J. Joyce | $23,278.20 | $0.00 | $0.00 |
| 12 | Rapid Capital Finance, LLC | $196,596.00 | $0.00 | $0.00 |
| 14U | Consumer Prot. Div. Maryland Office of Attorney General | $86,751.37 | $0.00 | $0.00 |
| 15U | Delaware Dept. of Justice | $13,242.50 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**