UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| In re: | § | Case No. 16-23963 |
|---|---|---|
| | § | |
| THE WINERY AT ELK MANOR, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Joseph J. Bellinger, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $16,207.36 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $13,792.64 | | |

3) Total gross receipts of $30,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $5,444,493.06 | $5,551,416.03 | $5,551,416.03 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $13,792.64 | $13,792.64 | $13,792.64 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $39,350.00 | $39,350.00 | $16,207.36 |
| General Unsecured Claims (from **Exhibit 7**) | $337,052.00 | $783,526.09 | $568,332.48 | $0.00 |
| **Total Disbursements** | $5,781,545.06 | $6,388,084.76 | $6,172,891.15 | $30,000.00 |

4). This case was originally filed under chapter 0 on 10/20/2016. The case was converted to one under Chapter 7 on 04/19/2017. The case was pending for 32 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/16/2019         By: /s/ Joseph J. Bellinger
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 88 Rivers Edge Road North East, MD 21901 Fee simple Unknown | 1110-000 | $30,000.00 |
| **TOTAL GROSS RECEIPTS** | | $30,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | 88 Rivers Edge Road, LLC | 4110-000 | $4,953,462.15 | $5,055,007.60 | $5,055,007.60 | $0.00 |
| 7 | Meridian Management Group, Inc. | 4110-000 | $491,030.91 | $496,408.43 | $496,408.43 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $5,444,493.06 | $5,551,416.03 | $5,551,416.03 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joseph J. Bellinger, Trustee | 2100-000 | NA | $3,750.00 | $3,750.00 | $3,750.00 |
| Insurance Partners Agency | 2300-000 | NA | $45.82 | $45.82 | $45.82 |
| Independent Bank | 2600-000 | NA | $43.85 | $43.85 | $43.85 |
| Integrity Bank | 2600-000 | NA | $477.97 | $477.97 | $477.97 |
| UNITED STATES TRUSTEE | 2950-000 | NA | $975.00 | $975.00 | $975.00 |
| Offit Kurman P. A., Attorney for Trustee | 3110-000 | NA | $8,500.00 | $8,500.00 | $8,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $13,792.64 | $13,792.64 | $13,792.64 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9P | Jane K Huber-Hellen | 5600-000 | $0.00 | $2,000.00 | $2,000.00 | $823.75 |
| 10P | Caroline Young Price | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $1,173.85 |
| 11P | Constance J. Joyce | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $1,173.85 |
| 14P | Consumer Protection Div. - MD Ofc. Aty. Gen. | 5600-000 | $0.00 | $25,950.00 | $25,950.00 | $10,688.21 |
| 15P | Delaware Dept. of Justice Attn: M. Clarke | 5600-000 | $0.00 | $5,700.00 | $5,700.00 | $2,347.70 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $39,350.00 | $39,350.00 | $16,207.36 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Laura Kemp | 7100-000 | $7,974.00 | $7,974.00 | $7,974.00 | $0.00 |
| 2 | MD Acquisition, LLC | 7100-000 | $0.00 | $519.69 | $519.69 | $0.00 |
| 3 | Internal Revenue Service | 7100-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 4 | 8904 Saddle Lane | 7100-000 | $0.00 | $215,193.61 | $0.00 | $0.00 |
| 5 | Poulet N.A., Inc. | 7100-000 | $215,000.00 | $215,193.61 | $215,193.61 | $0.00 |
| 8 | Little Britain Ag Supply, Inc. | 7100-000 | $0.00 | $2,941.36 | $2,941.36 | $0.00 |
| 10U | Caroline Young Price | 7100-000 | $0.00 | $21,535.75 | $21,535.75 | $0.00 |
| 11U | Constance J. Joyce | 7100-000 | $0.00 | $23,278.20 | $23,278.20 | $0.00 |
| 12 | Rapid Capital Finance, LLC | 7100-000 | $0.00 | $196,596.00 | $196,596.00 | $0.00 |
| 14U | Consumer Prot. Div. Maryland Office of Attorney General | 7200-000 | $0.00 | $86,751.37 | $86,751.37 | $0.00 |
| 15U | Delaware Dept. of Justice | 7200-000 | $0.00 | $13,242.50 | $13,242.50 | $0.00 |
|  | George Schneider | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Latitude Subrogation Systems | 7100-000 | $15,187.00 | $0.00 | $0.00 | $0.00 |
|  | Latitude Subrogation Systems | 7100-000 | $23,165.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Nationwide | 7100-000 | $17,583.00 | $0.00 | $0.00 | $0.00 |
| Nationwide | 7100-000 | $1,815.00 | $0.00 | $0.00 | $0.00 |
| USLI | 7100-000 | $27,025.00 | $0.00 | $0.00 | $0.00 |
| Vinquip | 7100-000 | $19,303.00 | $0.00 | $0.00 | $0.00 |
| William Penn Corporation | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $337,052.00 | $783,526.09 | $568,332.48 | $0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1     Exhibit 8

| Case No.: | 16-23963-DER | Trustee Name: | Joseph J. Bellinger |
|---|---|---|---|
| Case Name: | THE WINERY AT ELK MANOR, LLC | Date Filed (f) or Converted (c): | 04/19/2017 (c) |
| For the Period Ending: | 12/16/2019 | §341(a) Meeting Date: | 05/16/2017 |
| | | Claims Bar Date: | 08/14/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  88 Rivers Edge Road North East, MD 21901 Fee simple Unknown | Unknown | $0.00 | | $30,000.00 | FA |
| **Asset Notes:** Debtor's sole purpose was to own real property. An affiliated entity, Elk Manor Operations, LLC, operated a wedding and events business that were held at this location. Order authorizing sale of real property entered on July 6, 2017. D.E. 84. | | | | | |

**TOTALS (Excluding unknown value)**         $0.00        $0.00        $30,000.00     **Gross Value of Remaining Assets**  $0.00

**Major Activities affecting case closing:**

08/30/2017   Real Property sold. Estate received payment of $30,000 on August 30, 2017 per the Sale Order entered on July 6, 2017. Dckt. No. 84.

Investigate possible avoidance actions of estate; possible involuntary proceeding against the operating entity; repayment of "loans" to insiders.

05/02/2017   Case converted from Chapter 11 by an Order entered on April 19, 2017. D.E. 55.
Debtor owns real property at 88 Rivers Edge Road in Northeast MD. An affiliate Elk Manor Operations, LLC operates a wedding and events business from the location. Operations has ceased operating but is not in bankruptcy.

Initial Projected Date Of Final Report (TFR):   06/29/2018     Current Projected Date Of Final Report (TFR):   06/29/2018

/s/ JOSEPH J. BELLINGER
JOSEPH J. BELLINGER

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1  Exhibit 9

| Case No. | 16-23963-DER | | Trustee Name: | Joseph J. Bellinger |
|---|---|---|---|---|
| Case Name: | THE WINERY AT ELK MANOR, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8634 | | Checking Acct #: | ******3963 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/20/2016 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/16/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/30/2017 | (1) | Scarlett & Croll, P.A. | Estate payment from the sale of real property at 88 Rivers Edge Road, Northeast MD. Order granting Motion to Sell entered at DKT #84. Purchaser is Blue Elk Properties, LLC. | 1110-000 | $30,000.00 | | $30,000.00 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.43 | $29,998.57 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $43.12 | $29,955.45 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.50 | $29,910.95 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $43.00 | $29,867.95 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.37 | $29,823.58 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.30 | $29,779.28 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $39.95 | $29,739.33 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.18 | $29,695.15 |
| 04/03/2018 | 101 | Insurance Partners Agency | Bond Payment | 2300-000 | | $18.77 | $29,676.38 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $42.68 | $29,633.70 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.02 | $29,589.68 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $42.53 | $29,547.15 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $43.89 | $29,503.26 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $7.07 | $29,496.19 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($7.07) | $29,503.26 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $516.30 | $28,986.96 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($516.30) | $29,503.26 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $43.85 | $29,459.41 |
| 05/14/2019 | 102 | Insurance Partners Agency | Bond Payment | 2300-000 | | $27.05 | $29,432.36 |
| 09/25/2019 | 103 | Joseph J. Bellinger | Trustee Compensation | 2100-000 | | $3,750.00 | $25,682.36 |
| 09/25/2019 | 104 | Offit Kurman P. A. | Amount Allowed: 8,500.00; Amount Claimed: 8,500.00; Claim #: ; Distribution Dividend: 100.00; Notes: ; Dividend: 28.87; | 3110-000 | | $8,500.00 | $17,182.36 |

SUBTOTALS  $30,000.00  $12,817.64

Case 16-23963  Doc 108  Filed 01/08/20  Page 8 of 10

Page No: 2    Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-23963-DER | Trustee Name: | Joseph J. Bellinger |
|---|---|---|---|
| Case Name: | THE WINERY AT ELK MANOR, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8634 | Checking Acct #: | ******3963 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/20/2016 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/16/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/25/2019 | 105 | Jane K Huber-Hellen | Amount Allowed: 2,000.00; Amount Claimed: 2,000.00; Claim #: 9; Distribution Dividend: 41.19; Notes: Customer deposit; Dividend: 2.79; | 5600-000 | | $823.75 | $16,358.61 |
| 09/25/2019 | 106 | Caroline Young Price | Amount Allowed: 2,850.00; Amount Claimed: 2,850.00; Claim #: 10; Distribution Dividend: 41.19; Notes: Total claim of $24,385.75 of which $2,850 is a priority claim for customer deposit and balance of claim $21,535.75 is a general unsecured claim.; Divi | 5600-000 | | $1,173.85 | $15,184.76 |
| 09/25/2019 | 107 | Constance J. Joyce | Amount Allowed: 2,850.00; Amount Claimed: 2,850.00; Claim #: 11; Distribution Dividend: 41.19; Notes: Total claim of $26,128.20 of which $2,850 is a priority claim for customer deposit and balance of claim $23,278.20 is a general unsecured claim.; Divi | 5600-000 | | $1,173.85 | $14,010.91 |
| 09/25/2019 | 108 | UNITED STATES TRUSTEE | Amount Allowed: 975.00; Amount Claimed: 975.00; Claim #: 13; Distribution Dividend: 100.00; Notes: ; Dividend: 3.31; | 2950-000 | | $975.00 | $13,035.91 |
| 09/25/2019 | 109 | Consumer Protection Div. - MD Ofc. Aty. Gen. | Amount Allowed: 25,950.00; Amount Claimed: 25,950.00; Claim #: 14; Distribution Dividend: 41.19; Notes: Total claim filed is $112,701.37 of which $25,950 is filed as a priority claim for deposits section 507(a)(7). The CPD has standing to assert this c | 5600-000 | | $10,688.21 | $2,347.70 |
| 09/25/2019 | 110 | Delaware Dept. of Justice Attn: M. Clarke | Amount Allowed: 5,700.00; Amount Claimed: 5,700.00; Claim #: 15; Distribution Dividend: 41.19; Notes: Total POC 15 is $18,492.50 of which $5700 is claimed as priority customer deposits under section 507(a)(7). Del. DOJ has standing to assert this claim | 5600-000 | | $2,347.70 | $0.00 |
| 11/04/2019 | 105 | VOID: Jane K Huber-Hellen | Claimant changed street address. Trustee confirmed new street address with claimant on 11.04.2019. | 5600-003 | | ($823.75) | $823.75 |
| 11/04/2019 | 111 | Jane K Huber-Hellen | Amount Allowed: 2,000.00; Amount Claimed: 2,000.00; Claim #: 9; Distribution Dividend: 41.19; Notes: Check voided - new street address | 5600-000 | | $823.75 | $0.00 |

                                                                                                                                          **SUBTOTALS**    $0.00    $17,182.36

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3  Exhibit 9

| Case No. | 16-23963-DER | Trustee Name: | Joseph J. Bellinger |
|---|---|---|---|
| Case Name: | THE WINERY AT ELK MANOR, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8634 | Checking Acct #: | ******3963 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/20/2016 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/16/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: | | $30,000.00 | $30,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  |  | Subtotal | | $30,000.00 | $30,000.00 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | Net | | $30,000.00 | $30,000.00 | |

| For the period of 10/20/2016 to 12/16/2019 | | For the entire history of the account between 08/30/2017 to 12/16/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $30,000.00 | Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 | Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $30,000.00 | Total Compensable Disbursements: | $30,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,000.00 | Total Comp/Non Comp Disbursements: | $30,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4            Exhibit 9

| Case No. | 16-23963-DER | Trustee Name: | Joseph J. Bellinger |
|---|---|---|---|
| Case Name: | THE WINERY AT ELK MANOR, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8634 | Checking Acct #: | ******3963 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/20/2016 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/16/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $30,000.00 | $30,000.00 | $0.00 |

**For the period of 10/20/2016 to 12/16/2019**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/19/2017 to 12/16/2019**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOSEPH J. BELLINGER

JOSEPH J. BELLINGER